**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────────

**No. 04-1169**

─────────────────

JASON KILBORN,

Plaintiff - Appellant,

and

OLGA LUKASHEVSKY,

Plaintiff,

versus

IGOR BAKHIR,

Defendant - Appellee.

─────────────────

**No. 04-1206**

─────────────────

JASON KILBORN,

Plaintiff - Appellee,

and

OLGA LUKASHEVSKY,

Plaintiff,

versus

IGOR BAKHIR,

Defendant - Appellant.

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonard D. Wexler, Senior District Judge, sitting by designation. (CA-01-1123-A)

Submitted: May 19, 2004        Decided: July 7, 2004

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jason Kilborn, Appellant/Cross-appellee Pro Se. Mark Davis Cummings, Mary Mertz Parnell, SHER, CUMMINGS & ELLIS, Arlington, Virginia, for Appellee/Cross-appellant.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these cross appeals, both parties appeal the district court's order (entered after a hearing upon remand from this Court) that sanctioned Kilborn $7500, which represented a portion of Bakhir's attorney's fees and costs. We review such an order for abuse of discretion. See Chambers v. NASCO, Inc., 501 U.S. 32, 55 (1991). Because we find no abuse of discretion in either the imposition of sanctions or the monetary amount of the sanction, we affirm the district court's order as to both appeals based on the reasoning of the district court. See Kilborn v. Bakhir, No. CA-01-1123-A (E.D. Va. Jan. 13, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED